UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAMALA ROSE-HOLLIDAY, M.D.,

   Plaintiff,

   v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

   Defendant.

C20-1249 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The parties' stipulated motion, docket no. 5, is GRANTED, and the deadline for defendant to file a responsive pleading or motion is EXTENDED to October 13, 2020.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1